

FILED
CLERK, U.S. DISTRICT COURT

OCT - 5 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>CARLOS SALGADO,<br><br>         Defendant. | Case No. 8:20-MJ-00685<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (x)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (x)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

1    any other person or the community if released under 18 U.S.C. § 3142(b) or

2    (c).

3         These findings are based on: *nature of current allegations which reflects*

4    *commission of a violent crime while on supervised release which suggests lack of*

5    *amenability to compliance with supervision; lack of bail resources; and lack of stable*

6    *residence and employment.*

7         IT THEREFORE IS ORDERED that the defendant be detained pending the

8    preliminary hearing and/or final revocation proceedings in the charging district.

9

10   Dated:  ___co|5/20___

11                                    HONORABLE AUTUMN D. SPAETH
                                      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

                                          2